IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                    :
HASSAN SABREE, by his mother and    :
next friend, Hana Sabree;            :
CATHERINE MEADE, by her father       :
and next friend, Robert A. Meade;    :
JOSEPH FRAZIER, by his mother and    :
next friend, Patricia Frazier,       :
for themselves and all others        :
similarly situated,                  :
                                    :
            Plaintiffs,              :
                                    :
      v.                             :   Civil Action No. 02-CV-3426
                                    :
FEATHER O. HOUSTOUN, in her          :   Class Action
official capacity as Secretary of    :
the Department of Public Welfare     :
of the Commonwealth of               :
Pennsylvania,                        :
                                    :
            Defendant.               :
_____:

**UNCONTESTED MOTION FOR LEAVE TO FILE REPLY
TO DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION
TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Pursuant to Local Rule 7.1(c), Plaintiffs, through their next friends and counsel, submit this uncontested Motion for Leave to File a Reply to Defendant's Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification. In support of this Motion, Plaintiffs state as follows:

1.   Plaintiffs filed a Motion for Class Certification on June 28, 2002.

2.   Defendant filed a Memorandum of Law in opposition to Plaintiffs' class certification motion on October 15, 2002.

3.   One of the primary arguments raised by Defendant in opposition to class certification is that the class, as defined, is not adequately connected to the claims that Plaintiffs assert.

Plaintiffs seek leave to file a short reply to address that argument by re-defining the class and to address the other issues raised by Defendant. Plaintiffs' Reply is submitted with this Motion.

4. Defendant's counsel has authorized the undersigned to represent that Defendant does not object to the filing of a reply brief with the understanding that Plaintiffs will not object to any further reply by Defendant to address the re-defined class.

                              Respectfully submitted,

Dated: October 22, 2002    By: _____
                                  Ilene W. Shane
                                  Attorney I.D. No. 21774
                                  Robin Resnick
                                  Attorney I.D. No. 46980
                                  Disabilities Law Project
                                  1315 Walnut Street, Suite 400
                                  Philadelphia, PA  19107-4798
                                  (215) 238-8070

                                  Stephen A. Whinston
                                  Attorney I.D. No. 17975
                                  David Langer
                                  Attorney I.D. No. 84394
                                  Berger & Montague, P.C.
                                  1622 Locust Street
                                  Philadelphia, PA 19103
                                  (215) 875-3097

                                  Stephen F. Gold
                                  Attorney I.D. No. 09880
                                  125 South Ninth Street
                                  Suite 700
                                  Philadelphia, PA  19107
                                  (215) 627-7100

                                  Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HASSAN SABREE, by his mother and next friend, Hana Sabree; CATHERINE MEADE, by her father and next friend, Robert A. Meade; JOSEPH FRAZIER, by his mother and next friend, Patricia Frazier, for themselves and all others similarly situated, : : : : : : : : : Plaintiffs, : : v. : FEATHER O. HOUSTOUN, in her official capacity as Secretary of the Department of Public Welfare of the Commonwealth of Pennsylvania, : : : : : : : Defendant. : | Civil Action No. 02-CV-3426 Class Action |

**ORDER**

Upon consideration of the Uncontested Motion for Leave to File a Reply to Defendant's Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification, it is hereby ORDERED on this _____ day of _____, 2002 as follows:

1. The Motion is GRANTED.

2. The Clerk is directed to file the Reply submitted with the Motion.

_____
The Honorable Herbert J. Hutton
United States District Judge

**CERTIFICATE OF SERVICE**

I, Ilene W. Shane, hereby certify that true and correct copies of the Uncontested Motion for Leave to File a Reply to Defendant's Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification and proposed Order were served on the following by first class mail, postage prepaid on October 22, 2002:

>   Doris M. Leisch, Esquire
>   Chief of Litigation
>   Department of Public Welfare
>   Office of Legal Counsel
>   1700 State Office Building
>   1400 Spring Garden Street
>   Philadelphia, PA  19130
>
>   John A. Kane, Esquire
>   Chief Counsel
>   Department of Public Welfare
>   Office of Legal Counsel
>   Health & Welfare Building
>   Third Floor West
>   Harrisburg, PA  17120

_____
Ilene W. Shane