```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| HASSAN SABREE, by his mother and next friend, Hana Sabree; CATHERINE MEADE, by her father and next friend, Robert A. Meade; JOSEPH FRAZIER, by his mother and next friend, Patricia Frazier, for themselves and all others similarly situated, | |
| Plaintiffs, | |
| v. | Civil Action No. 02-CV-3426 |
| FEATHER O. HOUSTOUN, in her official capacity as Secretary of the Department of Public Welfare of the Commonwealth of Pennsylvania, | Class Action |
| Defendant. | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION
TO DEFER CONSIDERATION OF PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION PENDING A DECISION ON
<u>DEFENDANT'S MOTION TO DISMISS THE COMPLAINT</u>**

Plaintiffs, through their next friends and counsel, submit this Response to Defendant's Motion to Defer Consideration of Plaintiffs' Motion for Class Certification Pending a Decision on Defendant's Motion to Dismiss.

1.  Plaintiffs do not oppose deferring consideration of the pending class certification motion until the Court rules on the pending motion to dismiss.

2.  Plaintiffs do not concur with Defendant's indication that the propriety of class certification must await review of the ultimate merits of Plaintiffs' claims. Defs.' Mem. at 3. Any class definition presumes that putative class members have been harmed by the defendant's actions; such a presumption does not

require a preliminary determination that such harm has been inflicted. For example, this Court certified a class of persons who "sustained damages" in the sale of stock well before any determination of whether any putative class member sustained any damages. <u>Grossman v. First Pennsylvania Corp.</u>, No. 89-9234, 1991 WL 222071 at *7 (E.D. Pa. Oct. 23, 1991) (Hutton, J.) (Att. A). Accordingly, if this Court denies Defendant's Motion to Dismiss the Complaint, it should determine the propriety of class certification before trial on the merits.

                                      Respectfully submitted,

Dated: November 19, 2002     By: _____
                                         Ilene W. Shane
                                         Attorney I.D. No. 21774
                                         Robin Resnick
                                         Attorney I.D. No. 46980
                                         Disabilities Law Project
                                         1315 Walnut Street, Suite 400
                                         Philadelphia, PA  19107-4798
                                         (215) 238-8070

                                         Stephen A. Whinston
                                         Attorney I.D. No. 17975
                                         David Langer
                                         Attorney I.D. No. 84394
                                         Berger & Montague, P.C.
                                         1622 Locust Street
                                         Philadelphia, PA 19103
                                         (215) 875-3097

                                         Stephen F. Gold
                                         Attorney I.D. No. 09880
                                         125 South Ninth St., Suite 700
                                         Philadelphia, PA  19107
                                         (215) 627-7100

                                         Attorneys for Plaintiffs

```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
_____
                                    :
HASSAN SABREE, by his mother and    :
next friend, Hana Sabree;           :
CATHERINE MEADE, by her father      :
and next friend, Robert A. Meade;   :
JOSEPH FRAZIER, by his mother and   :
next friend, Patricia Frazier,      :
for themselves and all others       :
similarly situated,                 :
                                    :
            Plaintiffs,             :
                                    :
       v.                           :   Civil Action No. 02-CV-3426
                                    :
FEATHER O. HOUSTOUN, in her         :   Class Action
official capacity as Secretary of   :
the Department of Public Welfare    :
of the Commonwealth of              :
Pennsylvania,                       :
                                    :
            Defendant.              :
_____ :
```

**ORDER**

Upon consideration of Defendant's Motion to Defer Consideration of Plaintiffs' Motion for Class Certification Pending a Decision on Defendant's Motion to Dismiss the Complaint and Plaintiffs' Response stating their non-opposition to that Motion, it is hereby ORDERED on this _____ day of _____, 2002 as follows:

1. The Motion is GRANTED.

2. A ruling on Plaintiffs' Motion for Class Certification will be deferred pending a determination on Defendant's Motion to Dismiss. To the extent that the Court denies Defendant's Motion to Dismiss, it will not further defer any ruling on the Motion for Class Certification.

```
                          _____
                          The Honorable Herbert J. Hutton
                          United States District Judge
```

**CERTIFICATE OF SERVICE**

I, Ilene W. Shane, hereby certify that true and correct copies of Plaintiffs' Response to Defendant's Motion to Defer Consideration of Plaintiffs' Motion for Class Certification Pending a Decision on Defendant's Motion to Dismiss the Complaint and proposed Order were served on the following by first class mail, postage prepaid on November 19, 2002:

>Doris M. Leisch, Esquire
>Chief of Litigation
>Department of Public Welfare
>Office of Legal Counsel
>1700 State Office Building
>1400 Spring Garden Street
>Philadelphia, PA  19130
>
>John A. Kane, Esquire
>Chief Counsel
>Department of Public Welfare
>Office of Legal Counsel
>Health & Welfare Building
>Third Floor West
>Harrisburg, PA  17120

_____
Ilene W. Shane