IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HASSAN SABREE, by his mother and next friend, Hana Sabree; CATHERINE MEADE, by her father and next friend, Robert A. Meade; JOSEPH FRAZIER, by his mother and next friend, Patricia Frazier, for themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>    v.<br><br>FEATHER O. HOUSTOUN, in her official capacity as Secretary of the Department of Public Welfare of the Commonwealth of Pennsylvania,<br><br>               Defendant. | Civil Action No.<br>02-CV-3426<br>Class Action |

**NOTICE OF APPEAL**

      Notice is hereby given that Plaintiffs in the above-captioned action, Hassan Sabree, Catherine Meade, and Joseph Frazier, through their counsel and next-friends and on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Third Circuit from the Memorandum and Order dated January 16, 2003 and entered January 21, 2003 that granted Defendant's Motion to Dismiss Plaintiffs' Complaint.

Dated: January 27, 2003    By: _____
                                                  Ilene W. Shane
                                                  PA Attorney I.D. No. 21774
                                                  Disabilities Law Project
                                                  1315 Walnut Street, Suite 400
                                                  Philadelphia, PA  19107-4798
                                                  (215) 238-8070

```
                    Stephen A. Whinston
                    Attorney I.D. No. 17975
                    David Langer
                    Attorney I.D. No. 84394
                    Berger & Montague, P.C.
                    1622 Locust Street
                    Philadelphia, PA 19103
               (215) 875-3097

                    Stephen F. Gold
                    Attorney I.D. No. 09880
                    125 South Ninth Street
                    Suite 700
                    Philadelphia, PA  19107
                    (215) 627-7100

                    Attorneys for Plaintiffs
```

**CERTIFICATE OF SERVICE**

    I, Ilene W. Shane, hereby certify that true and correct copies of Plaintiffs' Notice of Appeal were served on the following by first class mail, postage prepaid on January 27, 2003:

        John A. Kane, Esquire
        Chief Counsel
        Department of Public Welfare
        Office of General Counsel
        Health & Welfare Building
        Third Floor West
        Harrisburg, PA  17120

        Doris M. Leisch, Esquire
        Chief of Litigation
        Department of Public Welfare
        Office of General Counsel
        1700 State Office Building
        1400 Spring Garden Street
        Philadelphia, PA  19130

                                  _____
                                  Ilene W. Shane