IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HASSAN SABREE, by his Mother and Next Friend
Hana Sabree

vs.

02-cv-3426
District Court Docket Number

CATHERINE MEADE, by her Father and Next Friend
Robert A. Meade, JOSEPH FRAZIER, by his Mother and Next
Friend Patricia Frazier for themselves and all others similarly situated

Notice of Appeal Filed <u>1/27/2003</u>
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal <u>X</u> Paid __ Not Paid __ Seaman
    Docket Fee     <u>X</u> Paid __ Not Paid __ USA/VI

CJA Appointment (Attach Copy of Order)

__ Private Attorney
__ Defender Association or Federal Public Defender
__ Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__ Motion Granted
__ Motion Denied
__ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__ Granted
__ Denied
__ Pending

Defendant's Address (for criminal appeals)

Prepared by : _____
Michele Helmer
Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm