IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____ :
HASSAN SABREE, by his mother and         :
next friend, Hana Sabree;                :
CATHERINE MEADE, by her father           :
and next friend, Robert A. Meade;        :
JOSEPH FRAZIER, by his mother and        :
next friend, Patricia Frazier,           :
for themselves and all others            :
similarly situated,                      :
                                         :
                    Plaintiffs,          :
                                         :
          v.                             :   Civil Action No. 02-CV-3426
                                         :
ESTELLE B. RICHMAN, in her               :   Class Action
official capacity as Secretary of        :
the Department of Public Welfare         :
of the Commonwealth of                   :
Pennsylvania,                            :
                                         :
                    Defendant.           :
_____ :

## ENTRY OF APPEARANCE AND NOTICE OF SUBSTITUTION

Please enter my appearance as co-counsel for Plaintiffs and the putative class in this litigation.  I will be replacing Ilene W. Shane, Esquire, who has filed a Withdrawal of Appearance.  Also please note that Estelle B. Richman, Secretary of Public Welfare, should be substituted as the named Defendant pursuant to Federal Rule of Civil Procedure 25(d)(1).

Respectfully,


Dated:  August 6, 2004        By:  _____
                                   Mark J. Murphy
                                   PA ID # 38564
                                   Disabilities Law Project
                                   1315 Walnut Street, Suite 400
                                   Philadelphia, PA 19107-4798
                                   (215) 238-8070

                                   Counsel for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I, Robin Resnick, hereby certify that a true and correct copy of the Entry of Appearance for Mark J. Murphy was served on the following by first-class mail, postage pre-paid on August 6, 2004:

> John A. Kane, Esquire
> Chief Counsel
> Department of Public Welfare
> Office of Legal Counsel
> Health & Welfare Building
> Third Floor West
> Harrisburg, PA  17120
>
> Doris M. Leisch, Esquire
> Chief of Litigation
> Department of Public Welfare
> Office of Legal Counsel
> 1700 State Office Building
> 1400 Spring Garden Street
> Philadelphia, PA  19130

_____
Robin Resnick