IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HASSAN SABREE, by his mother and next friend, Hana Sabree, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ESTELLE B. RICHMAN, in her official capacity as Secretary of the Department of Public Welfare of the Commonwealth of Pennsylvania, <br><br> Defendant. | Civil Action No. 02-CV-3426 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiffs voluntarily dismiss this action without prejudice.

                                                          Respectfully,

Dated: September 8, 2005        By:    /s/ Mark J. Murphy
                                                   Mark J. Murphy
                                                   PA ID # 38564
                                                   Disabilities Law Project
                                                   1315 Walnut Street, Suite 400
                                                   Philadelphia, PA 19107-4798
                                                   (215) 238-8070

                                                   Stephen F. Gold
                                                   125 South Ninth Street, Suite 700
                                                   Philadelphia, PA 19107
                                                   (215) 627-7100

                                                   Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I, Mark J. Murphy, hereby certify that a true and correct copy of the Notice of Voluntary Dismissal was served on the following by first-class mail, postage pre-paid on September 8, 2005:

John A. Kane, Esquire
Chief Counsel
Department of Public Welfare
Office of Legal Counsel
Health & Welfare Building
Third Floor West
Harrisburg, PA  17120

Doris M. Leisch, Esquire
Chief of Litigation
Department of Public Welfare
Office of Legal Counsel
1700 State Office Building
1400 Spring Garden Street
Philadelphia, PA  19130

/s/ Mark J. Murphy
Mark J. Murphy