IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HASSAN SABREE, by his mother and next friend, Hana Sabree, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ESTELLE B. RICHMAN, in her official capacity as Secretary of the Department of Public Welfare et al. | : | NO. 02-3426 |

O R D E R

AND NOW, this _____ day of September 2005, it is ORDERED that the above action is Dismissed without prejudice.[1]

    S/ Herbert J. Hutton
    HERBERT J. HUTTON,  S J.

---

1. On September 8, 2005 the Plaintiff's filed a Notice of Voluntary Dismissal.